UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH JOHNSON | CIVIL ACTION |
| VERSUS | NUMBER: 10-3156 |
| BURL CAIN, WARDEN | SECTION: "S"(6) |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the portion of the Report and Recommendation of the United States Magistrate Judge that finds the petition untimely under 28 U.S.C. § 2244(d)(1)(D) because it was filed more than one year after the factual predicate for petitioner's *habeas corpus* claim could have been discovered, and the statute of limitations was not statutorily or equitably tolled; and adopts that as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Joseph Johnson for issuance of a writ of *habeas corpus* under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this \_\_14th\_\_ day of _____March_____, 2011.

_____
UNITED STATES DISTRICT JUDGE